U.S. Department of Justice

United States Attorney
Northern District of Georgia

FILED IN CHAMBERS
U.S.D.C. Atlanta

MAY 2 8 2013

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

# United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

United States

v.

Jerome Oberlton

**Agent to Arrest**

No. **1:13CR0221**

**UNDER SEAL**

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

_Kurt R. Erskine_
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

5/30/13
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94